UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RONALD MYERS,

                     Plaintiff,

     -against-

INSPECTOR MARY CHRISTINE DOHERTY,
LIEUTENANT SEAN CONRY, DEPUTY
INSPECTOR JAMES FRANCIS KOBEL,
SERGEANT RICHARD BEARY, and the
CITY OF NEW YORK,

                     Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/2021

21 CIVIL 219 (PAE)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 30, 2021, defendants' motion to dismiss the AC's federal claims is granted. That dismissal is with prejudice, as the AC was Myers's second complaint, and he has not identified any factual basis on which these claims may be rehabilitated. See Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000). The Court has declined to exercise supplemental jurisdictional over its NYCHRL claims. These claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       December 1, 2021

                                                                     RUBY J. KRAJICK

                                                                    Clerk of Court

                                    BY:

                                                                   Deputy Clerk